UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NORMA ROBINSON, et al, | |
| Plaintiffs | CIVIL ACTION FILE |
| vs. | NO. 1:14-cv-1467-LMM |
| TOMY GROUP ATLANTA, LLC, et al, | |
| Defendants | |

## J U D G M E N T

This action having come before the court, Leigh Martin May, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** for want of prosecution and failure to comply with a court order.

Dated at Atlanta, Georgia this 27th day of October, 2016.

JAMES N. HATTEN
CLERK OF COURT

By:  s/ Harry F. Martin
     Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   October 27, 2016
James N. Hatten
Clerk of Court

By: s/ Harry F. Martin
       Deputy Clerk